UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CR-108

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) NOTICE OF HEARING |
| JUSTIN KELLY | ) |

**THIS MATTER** is before the Court upon Defendant's Motion to Dismiss and Motion to Suppress (Doc. No. 11). The Court previously denied the Motion to Dismiss (Doc. No. 12) and HEREBY GIVES NOTICE that a hearing on the Motion to Suppress will be held before the undersigned United States District Judge at **9:30 a.m.** on **Monday, August 13** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina

IT IS SO ORDERED.

Signed: June 28, 2012

Frank D. Whitney
United States District Judge